Filed 7/21/23  P. v. Hodges CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ODELL D. HODGES,<br><br>    Defendant and Appellant. | 2d Crim. No. B323794<br>(Super. Ct. No. BA203416)<br>(Los Angeles County) |

Odell D. Hodges appeals the trial court's order denying his petition for resentencing pursuant to former Penal Code[1] section 1170.95.[2]

## FACTS

Hodges and a friend, who was wearing a blue cap, walked by three people, including Desmond Alexander, affiliated with the Bloods street gang.  Alexander wanted to know why Hodges'

---

[1] All further statutory references are to the Penal Code unless otherwise indicated.

[2] Former section 1170.95 has been renumbered section 1172.6.

friend was wearing a blue cap in a Bloods neighborhood. A fist fight broke out. After about five minutes, Hodges and his friend retreated.

Shortly thereafter, a van drove by and stopped near Alexander. The driver got out with a shotgun. Hodges got out with a handgun. They chased Alexander to the back of a house. A witness heard gunshots. The men returned to the van and drove away. Alexander was found dead with a gunshot wound to his back.

A jury found Hodges guilty of first degree murder (§ 187, subd. (a)) and found true that Hodges personally used and discharged a firearm (§ 12022.53, subd. (c)). The trial court sentenced Hodges to 45 years to life.

The trial court denied Hodges' petition to be resentenced under section 1170.95 on the ground that the jury was not instructed on any theory of imputed malice.

APPEAL

We appointed counsel to represent Hodges on appeal. Counsel filed a brief raising no issues. (*People v. Delgadillo* (2022) 14 Cal.5th 216.) On June 12, 2023, we notified Hodges that his counsel filed a brief raising no issues and that he may submit a supplementary brief within 30 days. Hodges filed a timely supplemental brief. In Hodges' brief he claims the jury was instructed on imputed malice. The jury was not. The jury was instructed on direct aiding and abetting: that the defendant must act with knowledge of the unlawful purpose of the perpetrator and with the intent of committing, encouraging, or instigating the crime. (CALJIC No. 3.01.)

2

DISPOSITION

The order is affirmed.

NOT TO BE PUBLISHED.

GILBERT, P. J.

We concur:

BALTODANO, J.

CODY, J.

Norman J. Shapiro, Judge

Superior Court County of Los Angeles

———————————————

Johanna Pirko, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.